```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 07490
   STEPHANIE R REDMOND
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER


           Debtor
    SSN XXX-XX-2898


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 04/25/2007 and was not confirmed.

    The case was dismissed without confirmation 09/26/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      SECURED NOT I          .00              .00             .00
E LOAN BANK                SECURED VEHIC     10000.00              .00          400.00
E LOAN BANK                UNSECURED         2150.93               .00             .00
BARCLAYS CAPITAL REAL ES   CURRENT MORTG         .00               .00             .00
BARCLAYS CAPITAL REAL ES   SECURED NOT I         .00               .00             .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG         .00               .00             .00
ARROW FINANCIAL SERVICES   UNSECURED        NOT FILED              .00             .00
AES/NCT                    UNSECURED        NOT FILED              .00             .00
AMERICAN EXPRESS TRAVEL    UNSECURED        11991.42               .00             .00
AMERICAN EXPRESS TRAVEL    UNSECURED         1754.17               .00             .00
CAPITAL ONE                UNSECURED          582.69               .00             .00
CHASE BANK USA             UNSECURED          237.48               .00             .00
CITIBANK                   UNSECURED        NOT FILED              .00             .00
CITIBANK                   UNSECURED        NOT FILED              .00             .00
CITIFINANCIAL              UNSECURED        NOT FILED              .00             .00
COMMONWEALTH EDISON        UNSECURED         1085.57               .00             .00
DELL FINANCIAL SERVICES    UNSECURED         1420.90               .00             .00
ECMC                       UNSECURED       126355.76               .00             .00
LOYOLA UNIVERSITY CHICAG   UNSECURED        NOT FILED              .00             .00
NICOR GAS                  UNSECURED         7244.02               .00             .00
NICOR GAS                  UNSECURED        NOT FILED              .00             .00
PEOPLES GAS & LIGHT        UNSECURED          862.51               .00             .00
SALLIE MAE INC             UNSECURED         3567.74               .00             .00
SPENCER REDMOND            NOTICE ONLY     NOT FILED               .00             .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE    1986.68                .00             .00
WELLS FARGO HOME MORTGAG   NOTICE ONLY     NOT FILED               .00             .00
BARCLAYS CAPITAL REAL ES   SECURED NOT I         .00               .00             .00
DELL FINANCIAL SERVICES    SECURED NOT I         .00               .00             .00
BARCLAYS CAPITAL REAL ES   MORTGAGE ARRE    3127.32                .00             .00
BARCLAYS CAPITAL REAL ES   SECURED NOT I         .00               .00             .00
AMC MORTGAGE SERVICES      SECURED NOT I         .00               .00             .00
EDUCATION RESOURCES INST   UNSECURED        4085.46                .00             .00
NICOR GAS                  SECURED NOT I         .00               .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     1,536.00                           1,414.26
TOM VAUGHN                 TRUSTEE                                              124.74

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 07490 STEPHANIE R REDMOND
```

```
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       1,939.00

PRIORITY                                                  .00
SECURED                                                400.00
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,414.26
TRUSTEE COMPENSATION                                   124.74
DEBTOR REFUND                                             .00
                           ---------------     ---------------
TOTALS                        1,939.00             1,939.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE